IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MERLIN FRANCHISOR SPV LLC,<br><br>Petitioner,<br><br>vs.<br><br>MNM AUTOMOTIVE INC., MNM BOLINGBROOK, INC., MNM DOWNERS GROVE, INC., MERLINATL MGMT INC., and MITESH PATEL,<br><br>Respondents. | Case No. |

## APPLICATION TO CONFIRM FINAL ARBITRATION AWARD

Petitioner, MERLIN FRANCHISOR SPV LLC ("Merlin"), petitions this Court for an Order of Judgment confirming Arbitrator Chase B. Saunders's August 20, 2024 Final Award as Modified on August 21, 2024 under the American Arbitration Association pursuant to 9 U.S.C. § 9 (the "Arbitration Award"). The Arbitration Award awards Merlin amounts owed under the parties' applicable agreements, together with prejudgment interest, costs of the arbitration, and attorney's fees, in the total amount of $1,422,360.07, jointly and severally against Respondents. In support of this Petition, Merlin states as follows:

### The Parties

1. Merlin is a Delaware limited liability company with its principal place of business at 440 South Church Street, Suite 700, Charlotte, North Carolina 28202. For jurisdictional purposes, all Merlin members are citizens of both Delaware and North Carolina.

2. Upon information and belief, MNM Automotive Inc. is an Illinois corporation with its principal place of business with its principal place of business at 265 S. Bolingbrook Drive,

Bolingbrook, Illinois 60440.

3. Upon information and belief, MNM Bolingbrook Inc.is an Illinois corporation with its principal place of business with its principal place of business at 265 S. Bolingbrook Drive, Bolingbrook, Illinois 60440.

4. Upon information and belief, MNM Downers Grove, Inc., an Illinois corporation with its principal place of business at 1711 Ogden Avenue, Downers Grove, Illinois 60515.

5. Upon information and belief, Merlinatl MGMT Inc. is a Georgia corporation with its principal place of business at 280 N. Glynn Street, Fayetteville, Georgia, 30214.

6. Upon information and belief, Mitesh Patel ("Patel") is a citizen of Illinois who currently resides at 281 McWalter Drive, Roselle, Illinois.

7. As a result, Respondents are citizens of Illinois and Georgia, and completely diverse from Merlin as a citizen of Delaware and North Carolina.

## Jurisdiction and Venue

8. This Court has jurisdiction over this action based on 9 U.S.C. § 9 and the arbitration agreement between the parties as expressed in the parties' Merlin Franchise Agreements dated March 4, 2016, September 15, 2020, April 22, 2016, and March 4, 2016, respecitvely (the "Franchise Agreements"). True and correct copies of the arbitration agreements are attached hereto and incorporated by reference herein as **Composite Exhibit A**.

9. Additionally, this Court has jurisdiction over this action based on 28 U.S.C. § 1332 because the parties are citizens of different states such that there is complete diversity among them and the amount in controversy is more than $75,000.00.

10. Venue is proper in this Court in accordance with 9 U.S.C. § 9 and 28 U.S.C. § 1391(b) as the Arbitration Award was awarded to Merlin in Charlotte, North Carolina, within this

District and a substantial amount of the events or omissions giving rise to the dispute occurred within this District, including that the parties' obligations under the parties' relevant agreements were to be performed in this District.

11. Additionally, Venue is also proper in this Court based on 28 U.S.C. § 1391(c) because this Court has personal jurisdiction over the MNM Automotive Inc., MNM Bolingbrook, Inc., MNM Downers Grove, Inc., Merlinatl Mgmt Inc. (collectively, the "Operating Companies"), and Patel because they purposely availed themselves of the District and established requisite minimum contacts by, among other things, negotiating and executing the Franchise Agreements with Merlin, whose principal place of business is in the District, and agreeing to perform obligations under the Franchise Agreements within the District (Franchise Agreements § 17.G).

## The Arbitration Award

12. Merlin and MNM Bolingbrook, Inc. as successors-in-interest to MNM Automotive Inc. (the "Bolingbrook Operating Companies") were obligors under the March 4, 2016 Merlin 200,000 Miles Shop Franchise Agreement for the operation of a franchised Merlin motor vehicle service shop known as Merlin 200,000 Miles Shop Number 4658 located at 265 S. Bolingbrook Drive, Bolingbrook, Illinois 60440 (the "Bolingbrook Shop") pursuant to the January 3, 2019 Assignment of Franchise Agreement.

13. Merlin and MNM Downers Grove Inc. (the "Downers Grove Operating Company") entered into a Franchise Agreement on September 15, 2020 for the operation of a franchised Merlin motor vehicle service shop known as Merlin 200,000 Miles Shop Number 4649 located at 202 Genesis Way, North Aurora, Illinois 60542 (the "Downers Grove Shop").

14. Merlin and Merlinatl Mgmt Inc. (the "Fayetteville Operating Company") entered into a Franchise Agreement on April 22, 2016 for the operation of a franchised Merlin motor

vehicle service shop known as Merlin 200,000 Miles Shop Number 4662 located at 280 N. Glynn Street, Fayetteville, Georgia 30241 (the "Fayetteville Shop").

15. Merlin and Patel were parties to a March 4, 2016 Franchise Agreement for the operation of a franchised Merlin motor vehicle service shop known as Merlin 200,000 Miles Shop Number 4652 located at 3926 W. Elm Street, McHenry, Illinois 60050 (the "McHenry Shop") pursuant to an April 14, 2020 Assignment of Franchise and Trademark Agreement.

16. Patel also agreed to be individually liable and guaranteed the obligations of the Bolingbrook Franchise Agreement, the Downers Grove Franchise Agreement, and the Fayetteville Franchise Agreement (collectively the "Guaranties").

17. The parties agreed to arbitrate disputes thereunder in Charlotte, North Carolina, subject to the Federal Arbitration Act, 9 U.S.C § 1, *et seq.* (the "FAA") and the American Arbitration Association's Commercial Rules of Arbitration. (Franchise Agreement § 15.1)

18. The parties' agreements are valid, have not been revoked, and are not at issue.

19. Merlin is not in default in proceeding with such arbitration and has not failed, neglected or refused to arbitrate under the Franchise Agreements.

20. 19. On June 30, 2023, Merlin filed its Demand for Arbitration and Statement of Claim with the American Arbitration Association (the "AAA"), Case Number 01-23-0002-9619.

21. Respondents received proper notice of the arbitration and briefly appeared before failing to further appear or respond to Merlin's claim.

22. 21. On August 15, 2023, Hon. Chase B. Saunders (the "Arbitrator") was appointed Arbitrator over this action. A true and correct copy of the Appointment Letter is attached hereto and incorporated by reference herein as **Exhibit B**.

23. Upon leave granted by the Arbitrator, Merlin submitted a Motion for Summary

Final Award (the "Motion") with accompanying evidence on June 13, 2023.

24. Upon review of the Motion, the evidence submitted by Merlin, and confirmation of proper and timely notice to Respondents, the Arbitrator issued the Arbitration Award. A true and correct copies of the Arbitration Award as modified are attached hereto and incorporated by reference herein as **Composite Exhibit C**.

25. More than three (3) months have passed since the Arbitration Award was executed and delivered to Respondents, and Respondents have failed to respond or otherwise seek to vacate, modify, or correct the Arbitration Award under the FAA. 9 U.S.C § 12. Therefore, as a matter of law, Merlin is entitled to confirmation of the Arbitration Award in the form of a final judgment against Respondents.

26. The Arbitration Award was entered in favor of Merlin against Respondents, jointly and severally, for a total amount of $1,422,360.07 (the "Award Amount"), which consists of past due amounts owed to Merlin under the Franchise Agreements, franchise fees and marketing fund contributions owed to Merlin for the time period since the unauthorized permanent and premature closure of the Merlin Shops for a period of three (3) years, prejudgment interest, attorneys' fees, expenses, and the costs of arbitration.

27. To date, Respondents have made no payments towards the Award Amount.

28. On August 20, 2024 and August 21, 2024, copies of the Arbitration Award were provided to Respondents via electronic mail and certified mail by the AAA.

29. The parties have consented in Section 17.B of the Franchise Agreements that a "judgment upon the award may be entered in any court of competent jurisdiction" as required under the FAA. 9 U.S.C § 9.

## Petition for Confirmation of the Arbitration Award

30. Merlin hereby respectfully petitions this Court enter an order and final judgment confirming the Arbitration Award for the Award Amount and post-judgment interest in favor of Merlin against Respondents, jointly and severally, and to deny as untimely any counterclaim or defense to vacate, modify, or correct the Arbitration Award that may be brought by Respondents.

31. To enforce the Arbitration Award, Merlin moves this Court to confirm the Arbitration Award forthwith under the summary procedures established and required by the Federal Arbitration Act. 9 U.S.C. § 6 ("Any application to the court hereunder shall be made and heard in the manner provided by law for the making and hearing of motions, except as otherwise herein expressly provided.").

32. The FAA provides that Merlin may apply to the court for an order confirming the Arbitration Award within one year after the award is made. 9 U.S.C. § 9. Merlin has complied with this requirement as the Arbitration Award was made August 20, 2024. Merlin will properly serve Respondents as required under Section 9 of the FAA upon filing of this Petition.

33. As a result, Merlin is entitled to an order confirming the Arbitration Award under the law and facts of this matter.

WHEREFORE, Merlin hereby respectfully requests this Court enter an order confirming the Arbitration Award and final judgment in favor of Merlin against Respondents, jointly and severally, for: (a) the Award Amount; (b) post-judgment interest; and (c) all other relief this Court deems just and proper.

Dated this 15th day of August 2025.    Respectfully submitted,

*/s/ Danielle Diller*
Danielle Diller, Esq.
North Carolina Bar No. 60026

Florida Bar No. 1008830
Email: Danielle.Diller@Dinsmore.com
Dinsmore & Shohl LLP
201 N. Franklin Street, Suite 3050
Tampa, Florida 33602
Telephone: 813-252-7991
*Attorneys for Merlin Franchisor SPV LLC*